Eric James Larrea (150043)
*(full name/prisoner number)*
219 N. 12th Ave
Caldwell, ID
83605
*(complete mailing address)*

**U.S. COURTS**

APR 27 2022

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

Eric James Larrea
*(full name)*
         Plaintiff,

v.

The State of Idaho, Canyon County
Sheriff's office, Pretrial Release,
Deputy Koreis

         Defendant(s).

*(if you need additional space, use a blank page for a continuation page)*

Case No.
*(to be assigned by Court)*

**PRISONER COMPLAINT**

Jury Trial Requested: ● Yes  ○ No

## A. JURISDICTION

The United States District Court for the District of Idaho has jurisdiction over my claims under:
*(check all that apply):*

[X] 42 U.S.C. § 1983 *(applies to state, county, or city defendants)*
[ ] *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 *(applies to federal government defendants only)*
[ ] Other federal statute *(specify)* _____; or diversity of citizenship.
[X] I also ask the federal court to exercise supplemental jurisdiction over state law claims.

## B. PLAINTIFF

My name is Eric James Larrea_____. I am a citizen of the State of Idaho,

presently residing at 219 N. 12th st, Caldwell, ID 83605_____.

PRISONER COMPLAINT - p. 1_          *(Rev. 10/24/2011)*

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing **Korris Canyon County Sheriffs Office** (defendant), who was acting as **Pretrial Release Service** (job title, if a person; function, if an entity)

for the **Canyon County, Caldwell, Idaho** (state, county, city, federal government, or private entity performing a public function)

2. *(Factual Basis of Claim)* I am complaining that on **May 20th 2021** (dates), Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:

I had an active warrant for felony Eluding. Nampa Police Department Officer "Woodward" contacted Deputy "Korris" at Pretrial to ask if they could locate me. Deputy Korris agreed. Not only is this warrant for a different case than what I'm on Pretrial for, their Policy and Procedure clearly state, "Under any circumstances they will not share information with other law enforcement agencys." Shared confidential information. Violated privacy policy. Failed to obtain a subpoena Ducus Tecium signed of by a Judge to share my information. Failed to respect the constitutionally protected presumption of innocence of all defendents. Failed to take steps according to their policy to stay within the scope of their established guide lines.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:

Privacy act, confidentiality, Breach of contract, constitutionally presumption of innocence, Coercion Fourth Admendment, Tortious interference with contract, Discrimination, Retaliation, abuse of power,

4. I allege that I suffered the following injury or damages as a result:

Phisically I was attacked by a officer and sustained damage to both upper arms and sholders. Mentally and emotionally, I was slandered, scared, embarassed, hunted, humiliated publicly. My bond is and was set in excessive amount. The councilor and agency I was suposed to confind in turned against me with out due process.

5. I seek the following relief: **Compensatory damages, Punitive damages, and normal damages to be decided by a Jury.**

6. I am suing Defendant in his/her ☒ personal capacity *(money damages from Defendant personally)*, and/or ☒ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☒ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. ● Yes ○ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.

## D. PREVIOUS OR PENDING LAWSUITS

I have pursued or am now pursuing the following other lawsuits: *(include (1) all lawsuits in state or federal court related to the subject matter of this action, and (2) any federal court civil rights lawsuits, related or unrelated, and note whether you have received a strike under 28 U.S.C. § 1915(g) for filing a complaint that is frivolous, malicious, or fails to state a claim upon which relief can be granted.)*

| Court | Case No. | Case Name | Status of Case | Strike? |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## E. REQUEST FOR APPOINTMENT OF ATTORNEY

I do ● do not ○ request that an attorney be appointed to represent me in this matter. I believe that I am in need of an attorney for these particular reasons which make it difficult for me to pursue this matter without an attorney:

I am incarcerated and limited with resorces. I am going against a state or government entity or official. Because I have been wronged and have a better chance being made whole again with the profitional help of an attorney.

## F. DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury:

that I am the plaintiff in this action, that I have read the complaint, and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621; and

that I deposited this complaint postage prepaid in a United States postal depository unit on 4-24-22 *(date)*; OR that I gave the complaint to prison officials for mailing and filing with the Clerk of Court under the indigent inmate policy on 4-24-22 *(date)*; OR *(specify other method)*

Executed at Canyon County Jail on 4-24-22.
*(Location)*                          *(Date)*

Eric James Larrea
*Plaintiff's Original Signature*

*Note: Fill in the page numbers. Keep one copy of the complaint for yourself (or you may send a copy to the Clerk of Court with your original complaint so that the Clerk can stamp the date and case number on the copy and return it to you), but do not send extra copies of the complaint to the Court for Defendants or otherwise. Do not attach original exhibits to your complaint, such as your only grievance copy. Do not attach more than 25 pages of exhibits. If you have more exhibits, wait until the Court determines you can proceed and then seek leave to file them for an appropriate purpose. After your complaint has been filed, it must be reviewed by a federal judge to determine whether you can proceed.*

Eric Harris 150043
219 N. 12th Ave
Caldwell, ID
83605

Legal

THIS MAIL
GENERATED IN THE
CANYON COUNTY JAIL

Court Clerk
550 W Fort St, 4th Floor
Boise, ID
83605